IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BARRY JENKINS, Individually as Next of Kin, and as Administrator for the Estate of Lawrence Jenkins, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 120-033 |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

The parties previously filed a Joint Status Report stating they did not agree mediation should be attempted prior to summary judgment motions. (See doc. no. 30.) On September 14, 2022, Chief United States District Judge J. Randal Hall entered his rulings on the summary judgment motions. (See doc. no. 69.) Accordingly, the Court **ORDERS** the parties to file an updated Joint Status Report, on or before Friday, October 7, 2022, concerning the opportunity to engage in mediation now that the summary judgment proceedings have concluded.[1]

SO ORDERED this 20th day of September, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]The Joint Status Report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.