IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BARRY JENIKINS, Individually as Next of Kin, and as Administrator for the Estate of Lawrence Jenkins, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | * * * * * * * * * * * * * | CV 120-033 |

ORDER

Before the Court is the Parties' stipulation of voluntary dismissal. (Doc. 74.) Upon due consideration, the Court finds dismissal is proper pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of February, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA